OSCAR NORTON *et al.*

*v.*

THE STATE BANK OF FREEPORT.

*Opinion filed February 17, 1899.*

This case is controlled by the decision in *Blake* v. *State Bank of Freeport,* (*ante*, p. 182.)

*State Bank of Freeport* v. *Norton,* 78 Ill. App. 174, affirmed.

APPEAL from the Appellate Court for the Second District;—heard in that court on appeal from the Circuit Court of Winnebago county; the Hon. CHAS. E. FULLER, Judge, presiding.

A. D. EARLY, for appellants.

WILLIAM MARSHALL, for appellee.

Mr. JUSTICE PHILLIPS delivered the opinion of the court:

The questions presented on this record are the same as those presented in *Blake* v. *State Bank of Freeport,* (*ante,* p. 182,) and what is said in that case is conclusive of the questions here presented.

The judgment of the Appellate Court for the Second District is affirmed.               *Judgment affirmed.*